# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

EARNEST UNDERWOOD II,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 3:17-cv-16

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #23), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #23) is **ADOPTED** in full;

2. Plaintiff's Motion for Attorney's Fees (Doc. #14), as modified by Plaintiff's reply brief (Doc. #20) be **GRANTED**;

3. Plaintiff's Counsel be **AWARDED** the requested sum of $15,479.25.00 in attorney's fees as follows: the $6,000.00 sum now held in escrow be released to Plaintiff's counsel and the Commissioner is directed to award Plaintiff's Counsel the difference between these two amounts, *i.e.*, $9,479.25; and

4. This case remains **TERMINATED** on the docket of this Court.

Date: 2-8-19

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE